[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13607

Non-Argument Calendar

_____

CHRISTY POON-ATKINS, P.E.,
CALVIN ATKINS,

Plaintiffs-Consol Defendants
Consol Counter Claimants-Appellants,

GEOSAM CAPITAL US (GEORGIA) LLC,

Consol Plaintiff,

*versus*

RIVER SPRINGS AT ALCOVY HOMEOWNERS ASS'N, INC.,

Defendant-Consol Plaintiff
Consol Counter Defendant-Appellee,

2                    Opinion of the Court                    24-13607

GEOSAM CAP. US. GA.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket Nos. 1:24-cv-02207-JPB,
1:24-cv-02208-JPB

_____

Before JILL PRYOR, NEWSOM, and KIDD, Circuit Judges.

PER CURIAM:

Christy Poon-Atkins and Calvin Atkins, proceeding *pro se*, appeal from the district court's October 23, 2024, order remanding three consolidated cases to Georgia state court. The appellees filed a motion to dismiss this appeal for lack of jurisdiction.

We lack jurisdiction to review the district court's order because it remanded two of the cases based on procedural defects raised in Geosam Capital US (Georgia) LLC's timely motion to remand and remanded the third case for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (d); *MSP Recovery Claims, Series LLC v. Hanover Ins. Co.*, 995 F.3d 1289, 1294 (11th Cir. 2021) (explaining that, under the statute, remand orders for which review is barred include those based on motions to remand because of procedural

24-13607                Opinion of the Court                3

defects filed within 30 days of the removal and those based on a lack of subject matter jurisdiction); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001) (explaining that remand orders are only reviewable if they are based on grounds other than those specified in § 1447(c)). Additionally, the appellants did not invoke 28 U.S.C. §§ 1442 or 1443 in their notices of removal. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 141 S. Ct. 1532, 1538 (2021).

Accordingly, the appellees' motion is GRANTED, and this appeal is DISMISSED. All other pending motions are DENIED as moot.